# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
                                *Plaintiff*

vs.                                                        **Case No. 26-CR-20077-2-HLT-JBW**

**BAREEN DZAYEE,**

                                *Defendant*

## DEFENSE COUNSEL'S ENTRY OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Branden Smith, of Smith Legal, LLC, hereby appears as local counsel of record for the defendant, Bareen Dzayee.

Respectfully submitted,

**Branden Smith #22761**
SMITH LEGAL, L.L.C.
719 Massachusetts Street, Suite 126
P.O. Box 1034
Lawrence, Kansas 66044
(785) 856-0780  P
(785) 856-0782  F
branden@smithlegalllc.com

ATTORNEYS FOR DEFENDANT
BAREEN DZAYEE

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 6th day July, 2026, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF that will send a notice of electronic filing and access to the document to all counsel of record.

By,

**Branden Smith #22761**